UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>                    Plaintiff,<br><br>        v.<br><br>D. EARLS Jr., *et al.*,<br><br>                    Defendants. | Case No. 2:22-cv-00359-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE AND LIFTING THE STAY<br><br>ECF No. 23 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On February 8, 2023, defendants moved to opt out of the court's alternative dispute resolution program.

Good cause appearing, it is hereby ORDERED that defendants' motion, ECF No. 23, is granted, and the stay entered January 13, 2023, is lifted.

IT IS SO ORDERED.

Dated:   April 3, 2023                                        _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE