1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARK ANTHONY BROWN,                    Case No.  2:22-cv-00359-JDP (PC)

12                Plaintiff,                 **ORDER**

13        v.                                 DENYING DEFENDANTS' PENDING
                                             MOTIONS AS MOOT AND DIRECTING
14   D. EARLS Jr., *et al.*,                 THE CLERK OF COURT TO ASSIGN A
                                             DISTRICT JUDGE TO THIS MATTER
15                Defendants.
                                             ECF Nos. 29 & 38
16
                                             **FINDINGS AND RECOMMENDATIONS**
17
                                             THAT THIS MATTER BE DISMISSED FOR
18                                           FAILURE TO PROSECUTE AND COMPLY
                                             WITH COURT ORDERS
19
                                             OBJECTIONS DUE WITHIN FOURTEEN
20                                           DAYS

21

22        On October 10, 2023, defendants filed a motion to compel.  ECF No. 29.  On February 8,

23   2024, after plaintiff failed to file an opposition or statement of non-opposition to that motion, I

24   ordered him to file an opposition or statement of non-opposition within twenty-one days.  ECF

25   No. 37.  Plaintiff did not comply with that order.  Accordingly, on March 19, 2024, I ordered him

26   to show cause within twenty-one days why this action should not be dismissed for failure to

27   prosecute and failure to comply with court orders.  ECF No. 39.  I warned him that failure to

28   comply with that order would result in a recommendation that this action be dismissed.  *Id.* at 2.

                                            1

The deadline has passed, and plaintiff has not filed an opposition or statement of non-opposition or otherwise responded.

Accordingly, it is hereby ORDERED that:

1. Defendants' motion to compel, ECF No. 29, is denied as moot.

2. Defendants' motion to vacate the dispositive motion deadline, ECF No. 38, is denied as moot.

3. The Clerk of Court shall randomly assign a District Judge to this matter.

Further, it is hereby RECOMMENDED that:

1. This action be dismissed without prejudice for failure to prosecute and failure to comply with court orders for the reasons set forth in the March 19, 2024, order.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   May 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE